AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 12 2024

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
$67,427 seized from Daniel Mauzey on February 20, ) Case No. 24-1675 MR
2024, which is currently in the custody of the Eddy )
County Sheriff's Office in Carlsbad, NM )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___New Mexico___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881(a)(6)___ *(describe the property)*:

$67,427 of U.S. Currency which was seized from Daniel Mauzey on February 20, 2024 and which is currently in the custody of the Eddy County Sheriff's Office in Carlsbad, NM.

The application is based on these facts:

See Attachment A, which is attached and incorporated herein

☑ Continued on the attached sheet.

*Chris Dahlke*
Applicant's signature

Christopher Dahlke, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence. *via phone.*

Date: 9/12/24

Judge's signature

City and state: Las Cruces, New Mexico

Gregory J. Fouratt, United States Magistrate Judge
Printed name and title

## ATTACHMENT A

I, Christopher Dahlke, Special Agent with the Drug Enforcement Administration, having been duly sworn, do depose and state the following:

I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice. I have been a Special Agent with the DEA since May of 2024. Prior to becoming a Special Agent, I worked for Shawnee County Sheriff Office in Topeka, Kansas. I worked as a patrol deputy for three years and as an investigator in the Drug Enforcement Unit for three years.

My experience as a Special Agent includes, but is not limited to, conducting physical surveillance, interviewing witnesses, writing affidavits for and executing search warrants, working with undercover agents and informants, analysis of materials received in response to the issuance of administrative and federal grand jury subpoenas, analysis of phone toll and financial records, and analysis of data derived from the use of pen registers, trap and traces.

I am familiar with the facts and circumstances of this investigation, as set forth below, as a result of speaking with the agents who were personally involved in the investigation and from reviewing reports related to the investigation.

On February 20, 2024, Agent Sneathen with the Pecos Valley Drug task Force was conducting surveillance at 702 Hickory, Carlsbad, New Mexico 88220 because they had been provided information that Robert Williams, a person with an outstanding warrant for his arrest, was at the residence.

While conducting surveillance, Agent Sneathen observed Williams outside the residence and then saw Williams reenter the residence. Subsequently, agents obtained a state search warrant for the residence.

While agents were preparing to serve the search warrant, Williams exited the rear of the residence and was taken into custody. A search of Williams' person revealed $1,000.00 in U.S. Currency and a single 9mm bullet. After making entry into the residence, agents encountered Daniel Mauzey, who lived at the residence. A search of Mauzey's person revealed $6,105.00 in U.S. Currency. During the search of the residence, agents located an additional $61,322.00 in U.S. Currency and multiple firearms concealed in the attic of the residence.

S

Officer Trey Thompson with Carlsbad Police Department subsequently ran his Narcotics Detection canine on both the $6,105.00 and the $61,322.00 of U.S. Currency that had been seized, and the dog positively alerted, indicating that the dog detected the smell of narcotics on the currency. The total amount of seized currency, $67,427.00 was transported to the Eddy County Sheriff's Office and placed into evidence.

The residence from which the money was seized was, at the time, the residence of Mauzey and his girlfriend, Katy Fugate. Prior to the execution of the search warrant, Task Force agents had received information from multiple confidential sources that Mauzey and Fugate were trafficking large amounts of methamphetamine and fentanyl pills out of the residence. Additionally, Fugate had been arrested in Albuquerque, NM, on October 16, 2023, while in possession of 1,000 fentanyl pills, which she admitted that she was going to deliver to another person. Fugate was also arrested near Albuquerque, NM, in late May 2024, while in possession of approximately 5,000 fentanyl pills and two firearms. Neither Mauzey nor Fugate have any legitimate employment from which they could have earned the seized currency.

Based on the aforementioned facts, I believe that there is probable cause to believe that the aforementioned $67,427.00 constitutes proceeds obtained through the distribution of narcotics in violation of Title 21 U.S.C. § 841. Accordingly, I seek a seizure warrant for the seizure of the aforementioned currency totaling $67,427.00 dollars in United States Currency, according to Title 21 U.S.C. § 881a(6).

*Chris Dahlke*

Christopher Dahlke
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on *via phone* this 12TH day of September, 2024.

GREGORY J. FOURATT
United States Magistrate Judge